U.S. District Court for the District of Columbia
Civil Division
333 Constitution Avenue, NW
Washington, DC 20001
Case No# _____

Kelly Miller                                          Plaintiff
606-200-0632
Equaljustice4Kellymiller@yahoo.com


Vs

Marriott International dba                            Defendants
The Renaissance Hotel
Registered Agent-
   CT Corporation System
   1015 15th Street NW Suite 1000
   Washington, DC 20005
        AND
DC Metropolitian Police Dept.
Registered Agent-
   DC Attorney Generals Office
   Karl A. Racine
   441 4th Street, NW
   Washington, DC 20001
        AND
John Doers

Case: 1:18-cv-01101     Jury Demand
Assigned To : Unassigned
Assign. Date : 5/16/2018
Description: TRO/PI        (D Deck)

## COMPLAINT

   Comes the Plaintiff, Kelly Miller, In Pro Se requesting this honorable U.S. District Court For the District of Columbia to process Plaintiffs complaint in a timely manner.
   The Following Facts are presented For this Courts viewing.

1

On the 3rd day of April 2018 Plaintiff experienced Direct targeted discrimination by the defendants. Plaintiff has had an Active PO Box with the United States Postal Service For the last 4 years which is located within the Renaissance Hotel. Plaintiffs PO box is paid in Full until January 2019. As Plaintiff normal 4 year routine Plaintiff entered the Renaissance and visited the Starbucks located inside the Renaissance hotel For products. Upon receiving Plaintiffs beverage Plaintiff went to sit in the lobby to consume plaintiffs beverage and wait the less than 30 minutes For the United States Post office to open For business. Approximately 5 minutes After plaintiff sat down with her Starbucks beverage and was viewing her phone with the hotel wifi access granted to the public, a routine plaintiff had carried out For 4 years, a hotel employee walked up and demanded to Know if Plaintiffs luggage was hers. Plaintiff acknowledged the luggage was in Fact hers. At which point the conservation should have concluded however the Marriott employee was extremely agitated and aggressively stating he had witnessed my luggage on the camera. Plaintiff is handicapped and ADA acknowledged by the District of Columbia. Plaintiff has to utilize a cane to be mobil. Plaintiff explained to the Marriott employee she could not walk and carry her luggage AND carry her Starbucks beverage all at the same time So plaintiff placed her luggage at the sitting area and went to retrieve her beverage.

2

AGAIN the conservation should have concluded when Plaintiff claimed the luggage and provided legitimate justification for momentarily leaving the luggage to retrieve the beverage HOWEVER the Marriott employee began to get aggressive whe Plaintiff displayed no fear this made the Marriott Employee Furious. The Marriott employee then demanded to Know if the Plaintiff was a guest to which the Plaintiff answered no she was not a guest. The Marriott employee raised his voice and stated "you have to leave." Plaintiff stated she had done nothing wrong and would not leave until she was able to check her united states post office box. which is protected under Constitution. Marriott employee then called the police and had Plaintiff threatened with arrest making false statements that Plaintiff had caused issues and was acting disorderly. Plaintiff had simply purchased beverage and sat down to drink it and wait to check mail not speaking to anyone. When the DC Police arrived Plaintiff was told to leave or be arrested. Plaintiff stated for the Police to inform her of what crime she had committed. Police stated Marriott employee accussed plaintiff of being disorderly so plaintiff Stated go view the camera and come back and get me when you see where I have comitted a crime or violation other than the Marriott employee targeting me for being Homeless.

The Police officer walked down to the United states post office and walked in front of the Patrons who were waiting in line and told the united states Postal Clerk "if the Plaintiff comes back to the post office to retrieve

3

her mail you are to call the police and have her arrested." The Female officer did not like that the Plaintiff knew her rights and couldn't be lawfully taken to jail for being targeted.

The Marriott employee wrote out a BAR NOTICE and handed it to the Plaintiff Barring the Plaintiff From accessing the Renaissance Hotel For 5 years based Soley on his open targeted discrimination.

The United States Post office located in the Renaissance Hotel in the lower level currently has ONE ENTRANCE due to construction which has been ongoing for the last year. The hotel let alone the employee does NOT have the lawful right to limit or withhold access to a Federally protected service under the Constitution. Nor does the hotel have lawful right to demand Plaintiff be inconvenienced based on Marriott hotel employees targeted discrimination and move plaintiffs united states post office box location.

As EVIDENCE the plaintiff is welcomed to the Reniassance by staff when the Plaintiff enters the Renaissance Hotel the baggage claim employees take plaintiff's luggage and maintain it while Plaintiff utilizes the stores within the hotel and the wiFi which is open and Free to any one.

The wiFi states there is option For quests AND NONquests with NO time limit to utilize the wiFi. Plaintiff has several baggage receipts to validate hotels acceptance of plaintiffs usage of hotel emmenities without being a guest.

4

Further evidence the Renaissance hotel knew Plaintiff and had _NO_ issues with Plaintiff while the police were talking with the plaintiff the baggage claims employee walked over and ask plaintiff if he could hold her luggage for her. Plaintiff had errands to run that morning and had only intended to be there long enough to pick up plaintiff's mail when plaintiff was targeted by Marriott loss prevention employee.

## SECTION OF VIOLATIONS

Plaintiff Files this litigation under 42 US Code §1983 Civil Action For deprivation of rights under the color of the law threatening plaintiff with incarcaration for carring out her constitutional rights of accessing the united states postal service. Plaintiff also asserts Title 18 § 241 Conspiracy Aganist Rights and Title 18 § 245 Federally Protected Activities including Title 18 US Code Chapter 96 RICO Racketeer Influenced and corrupt organizations.

Plaintiff has suffered immensley from the Act of violation of her constitutional rights as well as the female officers blatant self entitlement and disregard for Plaintiffs rights to violate the law the officer is sworn to uphold. Plaintiff also lists the male police officer for failing to intervene. Officers have a duty to protect individuals from constitutional violations by fellow officers. THEREFORE, an officer who witnesses a fellow officer violating an individuals constitutional rights may be liable to the victim for failing to intervene.

5

In addition BAR Notices are not documents to be handed out to anyone and marriott employee has a bias aganist. An individual **MUST** have committed an Act of violation in order to be BARED as well as taken to court and allowed due process. NO Hotel has the lawful right to BAR individuals without legal due process. Any hotel practicing this method of an employees word over evidence is a hotel practicing OPEN Discrimination aganist the Homeless.

Plaintiff therefore request immediate removal of the Marriott Hotel **EVER** utilizing this BOGUS BAR NOTICE to threaten and intidimate unwanted individuals.

Plaintiff request immediate removal of all Marriott and DC Police staff involved.

Plaintiff request 75 Million in damages from the Marriott hotel as well as 75 Million from the DC Metropolition police department with the removal of any Officer enforcing or participating in ANY Future BAR NOTICE intidimation scame.

Plaintiff requests trial by jury to be applied to ensure due process and public awarness of the issues faced by Homeless individuals being unlawfully attacked by those who wish to exert self entitled power over the indigent.

defendants are blocking plaintiffs access to her PO BOX THEREFORE ALL litigation will need to be by and thru email.

Respectively Submitted

5/16/18 *Kelly Miller*

Equal justice 4 Kelly miller @ yahoo.com

6

# NATIONAL LAW CENTER
## ON HOMELESSNESS & POVERTY

April 17, 2018

To Whom it May Concern:

We have known Kelly Miller since March 2016, and can verify that she has been continuously homeless at least since that time, living mostly on the streets and occasionally in temporary shelters. Please allow this letter to serve as verification of that status. If you have any questions, do not hesitate to contact me at 202-638-2535 x.120.

Sincerely,

Eric S. Tars
Senior Attorney

# The ENVIRONMENTAL JUSTICE COALITION FOR WATER

PO Box 188911
Sacramento, CA 95818-8911

Tel: (916) 432-EJCW (3529)
www.ejcw.org



May 31, 2017

Karen L. Martin
NEJAC Project Manager
Office of Environmental Justice
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue NW (MC 2201A)
Washington, DC 20460

**Subject: Letter of Support**

Dear Ms. Martin:

I write on behalf of The Environmental Justice Coalition for Water (EJCW) in strong support of the application of Ms. Kelly Miller for a position on the US Environmental Protection Agency's National Environmental Justice Advisory Council (NEJAC).

I write to recommend Kelly Miller for appointment to the NEJAC Advisory Council. Kelly is currently experiencing homelessness herself. She devotes an extraordinary amount of time to advocating not only for her own needs, but for the needs of the broader homeless community. She will bring her lived experience as well as her keen analysis of the impact of policies on poor and homeless people to the NEJAC. She is a persistent advocate for homeless persons and survivors of domestic violence.

Kelly has been active with the National Coalition for the Homeless Speakers' Bureau. She delivered a presentation at the April 2016 Inter-American Commission on Human Rights regarding the human rights to water and sanitation, emphasizing the particular challenges faced by homeless persons. She spoke eloquently about both her own experience being denied access to water and sanitation and the systemic issues that created her situation. With numerous communities of homeless persons, often disproportionately persons of color and disabled, facing evictions from their encampments under the guise of "environmental clean ups," having Kelly's voice on the NEJAC would be an important counterweight, providing insight into this neglected issue as well as constructive alternative solutions, rather than further punishing those who already lack dignified access to water and sanitation. Kelly's appointment would be consistent with the Administration's stated goals[1] to end the criminalization of homelessness, named a priority[2] for 2016 by the U.S. Interagency Council on Homelessness.

---

[1] See: https://www.usich.gov/resources/uploads/asset_library/RPT_SoS_March2012.pdf.
[2] See: https://www.usich.gov/news/top-priorities-for-2016?utm_source=February+9+News+from+USICH&utm_campaign=Feb+9+News+from+USICH&utm_medium=email

Kelly received her undergraduate degree from Morehead State University as well as a Master's in Adult Education and a Master's in Counseling and is a certified Counselor. She has a long history of public service. Kelly was a Liaison for the National Job Corps Organization under the Department of Labor. In 2002, Kelly was honored by the Lt. Governor as a Kentucky Colonel and an ambassador for Kentucky for her diligent work in the community. She has extensive experience speaking publically in the political, business, and community arena as a cultural ambassador of the Job Corps organization.

We strongly urge you to select Ms. Kelly Miller for a position on the NEJAC to bring greater visibility, urgency, and solutions to water and sanitation and related concerns, especially for the most vulnerable populations in our society. Doing so will give voice to residents and issues too often overlooked and underappreciated. To my knowledge, Kelly would be the first person appointed to the NEJAC who is actively facing homelessness, which makes her, like all those in similar circumstances, over-exposed and exceedingly vulnerable to environmental injustices, such as the denial of reliable access to safe, clean, affordable water and sanitation. This makes her application all the more important.

Please feel free to contact me by e-mail at <colin@ejcw.org> or by phone at (916) 432-EJCW(3529) should you have any questions about Ms. Miller's qualifications or our endorsement of her candidacy.

Thank you for your consideration.


Sincerely,

Colin Bailey, J.D.
Executive Director
The Environmental Justice Coalition for Water

2